IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE R. CHANDLER, JR., | No. 2:13-CV-1307-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| GARY SWARTHOUT, | |
| Defendant. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal (Doc. 16). Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(I). Plaintiff's motion for injunctive relief (Doc. 3) is denied as moot. The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

DATED: January 14, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1